■ FARLANDS GROUP, INC., Respondent, v 5 EAST 59TH REALTY HOLDING COMPANY L. L. C. et al., Appellants. [708 NYS2d

858] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered October 15, 1999 unanimously affirmed for the reasons stated by Gans, J., without costs or disbursements. No opinion. Concur—Williams, J. P., Lerner, Rubin, Saxe and Buckley, JJ.